**No. 67108.**—Gemsco, Inc. *v*. United States, protests 300018–K, etc.  (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.

**No. 67109.**—Gemsco et al. *v*. United States, protests 330857–K, etc.  (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiffs was sustained.

**No. 67110.**—Gemsco, Inc. *v*. United States, protests 59/33458, etc.  (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.

OCTOBER 11, 1962

**No. 67111.**—Express Forwarding & Storage Co., Inc., a/c Pharmacia Laboratories, Inc. *v*. United States, protest 61/23396.   Plaintiff's application for rehearing denied.

OCTOBER 8, 1962

**No. 67112.**—APPEAL 5093.—United States v. Selectile Co., Inc., and Frank P. Dow Co., Inc., of L.A., et al.— C.D. 2281 affirmed July 25, 1962.  C.A.D. 805.

BEFORE THE FIRST DIVISION, OCTOBER 15, 1962

**No. 67113.**—E. W. Bruno Co., Inc., et al. *v*. United States, protests 59/18034, etc. (Los Angeles).